PC SCAN



RECEIVED VJD
6/21/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cv-05241
Judge Manish S. Shah
Magistrate Judge Young B. Kim
PC 1
RANDOM/CAT. 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, ILLINOIS
EASTERN DIVISION

— — — — — — — :

COURTNEY WRIGHT,

        PLAINTIFF,                   COMPLAINT

                                    :

  -AGAINST-
Warden Mrs Daniels,
DENTIST C. OKEZIE, MRS. HIETY,
MRS. MYSHONE, DOCTOR O.J.,
DOCTOR O.J. {N.P.}, MRS. MINES,
{MENTAL HEALTH PHYSICIANS}
MS. TAYLOR OAKS {M.H.P.}, WARDEN
MRS. SHERWIN MILES, JOHN/JANE
DOE LT., SGT. OFFICERS. SUED IN
THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES; CHIEF ADMN. OFFICER
DEE DEE BROOKHART, MEDICAL
ADMN. MRS. CUNNINGHAM AND
ACTING CHIEF ADMINISTRATIVE
OFFICER JEREMIAH BROWN,
SUED IN THEIR INIVIDUAL AND
OFFICIAL CAPACITIES,        JURY TRIAL DEMANDED

        DEFENDANTS.

— — — — — — — :

1.

## PRELIMINARY STATEMENT

This is a civil action filed by Courtney Wright [herein-after "Plaintiff" or "Wright"] a humble state prisoner, against the Defendants [in the introductory column] for compensatory & punitive damages along with injunctive relief pursuant to 42 USC § 1983 for [Deliberate Indifference] to "the serious medical and dental needs," constituting "Cruel and Unusual," forbidden by the 8th Amendment to the United States Constitution as well as the Due Process Clause of the 14th Amendment.

Plaintiff further alleges "Tort" violations, for failing, miscrably, in providing adequate treatment for diagnosed [Δx] conditions.

## JURISDICTION

1. This court has jurisdiction over Plaintiff's claims of violation of his federal Constitutional rights under 42 U.S.C. § 1983 and 28 U.S.C. §§ 1331(a) and 1343.

2. This court has supplemental jurisdiction over the plaintiff's state law Tort(s) claims under 28 U.S.C. § 1367.

3    Venue properly lies in this District
     pursuant to 28 U.S.C. § 1391(b)(2), because
     the events given rise to this cause of
     action occurred at Sheridan and the
     Lawrence Correctional Centers, which
     Originated in the Northern District of
     the State of Illinois.

                    PARTIES

4    The plaintiff, Courtney Wright, was incarc-
     -erated at both Sheridan and Lawrence C.C.
     during the events described in this com-
     -plaint originating at Sheridan.
5    Defendant C. Okezie is a Dentist who is
     skilled in and licensed to practice the
     prevention, diagnosis, and treatment of
     disease, injuries, AND MALFORMATION OF TEETH,
     JAWS and MOUTH and who makes and insert
     false teeth. Defendant C Okezie is empl-
     -oyed by the Sheridan C.C. He is sued in
     his individual and Official Capacity.
6    Defendant Mrs. Hiety is a Nurse and lice-
     -nsed health-care professional and skilled
     in promoting and maintaining health.
     Defendant Mrs. Hiety is employed by the
     sheridan c.c. She is sued in her individual
     Capacity and official capacity.

                    3.

7. Defendant Mrs. Myshone is a Nurse Practitioner and Registered Nurse who is qualified through advanced training to assume some of the duties and responsibilities formerly assumed by a physician. Defendant Mrs. Myshone is employed by Dixon C.C. She is sued in her individual and Official Capacity.

8. Defendant Dr. O.J. John Doe is a Nurse Practitioner who is also qualified through advanced training and educated on how some of his duties are similar, if not the same, assumed by a physician. Defendant Dr. O.J. John Doe [N.P.] is employed by the Sheridan C.C. He is sued in his individual and Official Capacity.

9. Defendant Mrs. Daniels is a Chief Administrative Officer for the administration at Sheridan C.C. and is generally responsible for ensuring that the policies and procedures at the prison is properly executed. She is being sued in her individual and Official Capacity.

10. Defendant Mrs. Sherwin Miles is a Deputy Warden at Sheridan Correctional Center and is in charge of transportation of prisoners to medical appointments. She is sued in her individual and Official Capacity.

4.

11. Defendant Mrs. Taylor Oaks is a Mental Health Professional, ~~certified~~ and licensed, and, is assigned to treat persons affected by any psychiatric disorder. Defendant Mrs. Taylor Oaks is employed by the Sheridan C.C. She is sued in her individual and in her Official Capacity.

12. Defendant Mrs. Mines is a Mental Health Professional and works in the Psychiatric field. Mrs. Mines is employed by the Sheridan C.C. She is sued in her individual and Official Capacity.

13. Defendant John Doe is a Correctional Serg- -eant employed at the Sheridan C.C. Defendant is sued in his individual and Official Capacity.

14. Defendant Mrs. Cunningham is the Medical Administrator at the Lawrence Correctional Center and is generally responsible for the transportation of individuals in custody to outside medical appointments. She is sued in her individual and Official capacity.

15. Defendant John Doe is a Correctional Serge- -ant Employed at the Sheridan C.C. Other John /Jane Doe lieutenant, Correctional Officers whose names is presently unknown to the Plain- -tiff, will be revealed. Defendants are sued in their individual and Official Capacity.

5.

16. Defendant Jeremiah Brown is Acting Chief Admn. Officer, a Warden of the Lawrence Correctional C., with the responsibity of carrying out I.D.O.C. poli--cies and prosedures at the prison. He is sued in his individual and Official Capacity.

## PREVIOUS LAWSUITS FILE BY PLAINTIFF

17. The Plaintiff has filed no other lawsuits dealing with the same facts involved in this action or other wise relating to his dental care.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

18. Before plaintiff found fault, he sought after a just remedy and a cure.
19. The Ill. Administrative Code § 504.810 (a) that was already in place, was not Plaintiff's first thought.
20. Plaintiff's first sponsoring thought was to resolve his complaint informally with the den--tist by request and face to face dialogue about the alteration in the form or the shape

6.

his teeth, jaw and mouth had taken.

21. Wright spoke with C.A.O. Daniels at Sheridan C.C. in person, on her walk threws in the month of June and July of 2023.

22. Wright wrote a letter to Warden Miles during the times mentioned herein and spoke with her in her person.

23. At the prison, Plaintiff [___] pain and suffering got so bad, his mind started playing tricks on him, and, contemplated suicide, then, attempt-ed to do it.

24. Plaintiff called for a Crisis Team. Mental he-alth providers Oaks and Mines shows up.

25. While Wright tried to explain, the dizzy sympt-ons, sweating, mouth and headaches, Oaks and Mines, seemed disinterested.

26. The more Wright complained, the more visibly detached they appeared [see Mental Health Report] from July 8th and July 27th of 2023.

27. Seeing that nothing was being done, Plaintiff wrote a grievance in early July, no response.

28. Plaintiff wrote another grievance, still, no response from grievance officer in July, 23.

29. Plaintiff, now in Lawrence, called for help addressing the complaint to the Wardens there, after Dentist Tran verified that Wright needed emergency surgery.

30. His complaints fell on deaf ears.

31. Plaintiff's plea(s) for help, only added to their adversion {lieutenants, sergeants and co's}

32. Each time Plaintiff called on the highest Administrative Officers at Lawrence C.C. from letters to C.A.O. Brookhart and in person conversation with acting Warden Jeremiah Brown, nothing happened to send Wright to have emergency surgery.

33. Plaintiff wrote grievances, numbers "11-23-369, "K75-0124-158 and "K75-0224-399

## STATEMENT OF CLAIM

34. At all relevant times herein, defendants were "persons" for purposes of 42 U.S.C. Section 1983 and acted under color of law to deprive plaintiff of his constitutional rights, set forth more fully herein.

## STATEMENT OF ACTUAL FACTS

35. On or about September, prior to October 2022,

8.



Courtney Wright {hereinafter "plaintiff" or "Wright"} put in a sick call pass to be allowed to attend the infirmary to see the dentist, Defendant C. Okezie at the Sheridan Correctional Center {hereinafter "S.C.C."}.

36. After several sick call requests sent to the infirmary by Plaintiff, complaining about the excruciating pain radiating through the lower part of his jaw, Defendant Dent. C. Okezie finally summoned him in for an exam.

37. Plaintiff's jaw, swollen and displaying an abnormal enlargement, did his best to explain to Defendant Dent. C. Okezie that every time he opened and closed his mouth he felt and experienced, "sharp" pains.

38. Defendant Dent. C. Okezie, without examining the Plaintiff, stated, emphatically, that "they had no tools" nor "a dental hygienist," then determined that Plaintiff needed new fillings.

39. Prior to February around January, 2023, Plaintiff wrote again to the infirmary about follow-up dental to a different dentist, other than Defendant C. Okezie and something to relieve his pain.

40. Around the second week of February, 2023, after several requests for something for pain to the Healthcare Infirmary and the S.C.C. nurses, who visit the units {H.U.} delivering medication, the Plaintiff was finally called to the dentist.

41. Defendant Dent. C. Okezie, despite seeing a yellowish-white fluid, oozing from the infected tissue in his mouth, literally told Plaintiff that

9.

there was nothing wrong, he just needed new fillings.
42. Plaintiff, knowing something is wrong, refused
to let Defendant C. Okezie, put in new fillings.
43. Plaintiff, request to go to an outside dentist
was denied by Defendant Dent. C. Okezie.
44. Plaintiff was not called back to the dentist.
45. Defendant Dr. O.J saw Plaintiff at the Health-
care infirmary and seeing th obvious swollen jaw,
told Plaintiff that "it was nothing he could do",
and "you should put in to see the dentist".
46. Defendant Dr. O.J.'s Nurse practitioner examined
Plaintiff and said it was from allergies.
47. Defendant {N.P} Mrs. Hiety, examined Plaintiff,
seeing the puss coming from the ears of him, order-
-ed some ear wax removal, which, had an adverse
affect, causing a burning sensation in Wright's
ears.
48. Defendant {N.P} Mrs. Myshone, without diagnosing
the Plaintiff, followed the same practice of the
Defendant {N.P} Mrs. Hiety, of ordering, this time,
medicated ear drops, after seeing the obvious co-
-nditions of, puss oozing from an infection or
cyst of some sort, fowl odor coming from his
mouth and ears, the swelling of the jaw, the
headaches and the watery red eyes.
49. While Plaintiff was being examined by the
Defendant {N.P} Mrs. Myshone, he related to her
the pain in his mouth and his toothached. Defen-
- dant {N.P} Mrs. Myshone replied "Theres Nothing she
                                                Could -

10.

do. She instucted Plaintiff to put in for the dentist because "you need to be properly examined, then you need to request an outside dentist because this facility is ill equipt to function."

50. Pursuant to Defendant Mrs. Myshore's order, Plaintiff, back in to see the Defendant C. Ok-ezie, request that he be sent to an outside dentist.

51. Time lasp, Plaintiff still not taken to the outside dentist.

52. From June of 2023 thru to August. 2023, Plaintiff made pleas for help [and] the pain worsened, the swelling increased, the *headaches* heighted, the eyes glossy and the suffering, unbearable, continued.

53. Plaintiff, a year prior [in Sept./Oct. 2022] wrote Defendant Warden Sherwin Miles and spoke with her face to face about the beg--inning of the dental issues and nothing was done.

54. It is now June, July and August of 2023, the Plaintiff spoke to Defendant Warden Daniels about needing medical attention during her walk through - [*Nothing Happened*]

55 Defendant Warden Daniels, despite the sev--erity of Wright's visibly swollen jaw and the need for emergency medical assistance told Wright to write the dentist.

11.

56. Despite the severity of Plaintiff's substant-ial dental needs, accompanied with exc-ruciating pain as a result of further del-ays in treatment and no pain relievers, he became emotionally distressed.

57. Plaintiff, during the days of his suffering, for approximately 400 days, is only admin-istered Tylenol to alleviate the pain, ev-er though he was prescribed a stronger medication, no stronger pain-killer was administered.

58. On July 8th and July 27th of 2023, Plai-ntiff began to experience psychic trau-ma.

59. First, Plaintiff became detached from himself, affected by the pain. Second, he loss contact with reality and became delusional when he believed that there was no relief in sight.

60. On July 8th, Plaintiff called for a Crisis Team { 7-8-23}. Plaintiff spoke with Defendant Oaks {M.H.P.} about the head-aches, dizzyness, shortness of breath and jaw pain.

61. Defendant Oaks responded that she was powerless to do anything about the Plaintiff crisis, also stating "They won't let me."

62. On July 28th, 2023, Plaintiff's pain became unedurable and he felt helpless. He begin to contemplate suicide.

63. Plaintiff, now terrified of the thought of killing himself to stop the pain, tied two shoe strings together to hang himself.

64. Plaintiff began screaming for help. No officer, sergeant nor a Lieutenant came to help.

65. Finally, Plaintiff was placed on suicide watch but no Defendant John/Jane Doe Officer, sergeant or Lieutenant came to check on him nor was he taken to an outside dentist, for treatment.

66. Plaintiff remained on suicide watch from July 28th, 2023 until August 02, 2023.

67. In between the dates of July 28th and August 02, 2023, Plaintiff yelled for a "med tech" and summoned prison officials assistance. There was no, via, emergency buzzer in his cell to use.

68. Prior to August 02, 2023 on the 27th of July, 2023, Defendants Oaks and Mines make an appearence from Mental Health. Plaintiff was informed that his mental health was in shambles {Dx}.

69. Visible signs of a nervous breakdown was imminent or impending, he was dx by Defendants Oaks and Mines.

70. Defendant Oaks said to Wright that

13.

Defendant {M.H.P.} Mrs. Mines doesn't know how to
do her job and that the current Administration
at S.C.C., won't let her help the Plaintiff.

71. In addition, Plaintiff was losing an
enormous amount of weight and his health
was dissipating at an accelerated rate.

72. Plaintiff was also prescribed Trazodone, an
anti-depresent drug {C19H22 C/N50} administrat-
-ed in the form of hydrochloride pills which
cause him to lose more weight and heigh-
-tened or triggered seasonal affective dis
-order.

73. Immediately following Plaintiff's release
from Restrictive Housing on August 02, 2023,
Defendant Sergeant John Doe, pushed Wright
over to see the psychiatrist and the Dentist
at the Health care infirmary.

74. Pursuant to Defendant Sergeant John Doe's
order, Plaintiff now, experiencing fear and a
high amount of trepidation, did not explain
to the psychiatrist what he was experiencing
because he was threatened by Defendant
Sergeant John Doe to not say anything so that
he could be transfered.

75. Defendant Sergeant John Doe knew that
if Wright said anything about the repeat-
-ing episodes he had experienced, the admin-
-istration, would have placed on him, a med

14.

Dee Dee Brookhart {Dated 3-01-24} No respon-se from her.

86. Plaintiff wrote a request to Dentist {Dated 2-13-24} needing dental care and pain med-ication stronger than Tylenol or Motrin.

87. Plaintiff, prior [Feb. 2, 24,] wrote Mental Health {Dated 2-11-2024} expressing the pain and suffering he was going thru because of the rottening tooth in his mouth along with the headaches driving him nuts.

88. Plaintiff wrote a grievance marked eme-ergency { GRV # 11-23-39}{GRV # 75-0124-158}{GRV # 75-0224-399} , still, not taken to Outside Dentist.

89. Plaintiff sights Exh. { March 7th, 2024, Photograph} also see Exh. { The Cen. Jaw & Face Surg. Photograph}.

90. Plaintiff, after two and one-half years of pain, suffering and no dental treatment, he was finally taken to an Outside dentest.

91. Nevertheless, the delayed treatment c-ause further damages to his mouth and Jaw causing Plaintiff to undergo surgery.

COUNT ONE: IGNORED OBVIOUS CONDITIONS

92. Paragraph 1 through 91 of this Complaint are realleged in this paragraph 92 of Count One as if restated fully herein.

93. Defendant Dent. C. Okezie exercised del-iberance to Plaintiff's health and serious dental needs by failing to provide adequate

16.

dental care to him following an exam that
revealed, (1) a visibly swollen mandible,
unable to close or open mouth without
accompanying pain, and (2) stench, and
puss oozing from Plaintiff's ear.
[O.C., Stm. Fct. pg. 9. par. 36-37]

94. Defendant Dent. C. Okezie intentionally
"ignored the obvious conditions" and the
serious and substantial risk to further da-
-mage to Plaintiff's mouth, even though he
complained of horrible pain, fatigue and
felt nauseated as his condition deteri-
-orated.

95. Defendant(s) Nurse Practioners Mrs. Hiety
and Mrs. Myshore exercised deliberate
indifference to Plaintiff's health and serio-
-us dental needs by administering the wr-
-ong medication on two occasions, causing
further injury.

96. Defendant(s) Nurse Practioner Mrs. Hiety
and Mrs. My shore "Ignored Obvious Cond-
-itions" when their careless judgment led
to further damages [O.C., Stm. Fct. pg. 10. par. 46-
-49]

97. Defendant(s) Mental Health Physician Mrs.
Mines and Mrs. Oaks exercised "Conscious
avoidance" to Plaintiff's mental health and
emotional stability when they failed to
treat or address his external detachment
from reality.

98. Defendant(s) Mental Health Physicians
Mrs. Mines and Mrs. Oaks "Ignored Obvious

17.

Conditions" in relationship with the mind of Plaintiff: when, from actual knowledge, first hand accounts, and from the records in which they constructed, detailing the suicide attempts Plaintiff made, the psychological disorder and mental collapse from the pain; Defendants, actually "saw" Plaintiff's teeth, mandible and the posterior malformation of his crisis call for them. {O.C. Stm.Fct. pg. 12. par. 58-61. pg. 13. par. 62-70}

99. Defendants Dr. O.J and Dr. O.J. Nurse practitioner exercised deliberate indifference to Plaintiff's health and medical needs when they had received requests from [Plaintiff and in person] complaining about the horrific pain in his mouth. Both Defendants observed the puss coming from the inside of Plaintiff's ears and ignored his request to go to an Outside hospital.

100. Defendant Med-tech {N.P.} Dr. O.J.'s {N.P.} misdiagnosed Plaintiff's medical condition as "Allergies" Ignoring the obvious," his swollen mandible.

101. Defendants Warden Miles and Daniels, exercised deliberate indifference to the Plaintiff's Dental care, when he wrote, letters to all 3 wardens and talk to them "in person" about the supra.

102. Defendants Warden(s) Miles and Daniels "Ignored the Obvious Conditions" of Plaintiff's dental and refuse to send him to a better equipt Dentist.

16.

103. Defendant(s) Chief Adm. Dee Dee Brookhart and Warden Brown exercised deliberate indifference to Plaintiff's health by failing, miserably, to provide adequate dental-care to him following their in person conversations about sending Plaintiff to an outside Dentist.

104. Defendant(s) Chief Adm. Dee Dee Brookhart and Warden Brown" Ignored Obvious Conditions after bearing out as witness{ from reports and letters] a visual account of a disfigured face and swollen neck. Even after this, Defendants refuse to send Plaintiff to the emergency room.

105. The "IGNORING OBVIOUS CONDITIONS" described in this Count was undertaken intentionally with Deliberate Indifference to Plaintiff's Constitutional rights.

106. As a result of Defendants {Introductory column}(in this Count) deliberate indifference to Plaintiff's condition, Plaintiff suffered further pain and mental anguish. He continues to suffer from migraine headaches, general pain in his mouth and the surrounding area of his jaw, and the Defendant Doctors and Dentist's refuse to provide adequate pain medication

107. As a direct proximate result of this intentional conduct, Plaintiff suffered damages to be proven at trial.

## COUNT TWO: FAILING TO PROVIDE TREATMENT
### FOR DIAGNOSED CONDITION

108. Paragraph 1 through 107 of this complaint are realleged in this paragraph 108 of Count Two as if restated fully herein.

109. Defendants Dent. C. Okezie, Doctor O.J., Dr. O.J.s[N.P] exercised deliberate indifference to Plaintiff's health and serious medical needs by "Failing to provide Treatment for Diagnosed Condition", by prescribing treatment for Plaintiff but Plaintiff never recieved treatment.

110. Defendants in this Count (11) prescribed medicine for Plaintiff's pain, that he never received, despite repeated requests to [medical personnel].

111. Defendants Mrs. Hiety and Mrs. Myshone exercised deliberate indifference to the Plaintiff's dental needs when they prescribed the wrong medicine, causing further suffering and serious injuries, then,"Failed to Provide Treatment for the Dx condition" they both assisted in Causing.

112. Defendants Mental Health Physicians Mrs. Mines and Mrs. Oaks exercised deliberate indifference to Plaintiff's mental heath Care. by "Failing To Provide Treatment For Diagnosed Condition" after they Dx Plaintiff with a temporary mental disorder(as) [shambles] in [present state of existence] which was likely to cause harm if not -

20.

treated.

113. Defendants Mental Health Physicians Mrs. Mines and Mrs. Oaks exercised conscious avoidance to Plaintiff's Mental Health and Psychiatric Care by failing to provide a minimum amount of acute-care {active, short-term care for a severe injury or illness} after seeing that Plaintiff's visible swollen mandible and other pain and suffering caused the psychosis.

114. As a {result} or direct proximate result of this intentional conduct, Plaintiff suffered damages to be proven at trial.

## COUNT THREE: FAILING TO INVESTIGATE ENOUGH TO MAKE AN INFORMED JUDGMENT

115. Paragraph 1 through 114 of this complaint are realleged in this paragraph 115 of Count Three as if restated fully herein.

116. Defendant Dent. C. Okezie exercised deliberate indifference to Plaintiff's health and serious dental care by "Failing to Investigate Enough to Make an Informed Judgment" when he chose an easier and less effective treatment of removing filling, even though he didn't have a dental hygienist or one available at the S.C.C. Defendant Dent. C. Okezie did not make an informed decision about Plaintiff's dental care in response to his complaints about the malformation of his teeth and jaw.

21.

117. Defendant C. Okezie did not properly treat Plaintiff and did not investigate the cause of his dental condition, did not order diagnostic tests, did not send him to a specialist nor an outside dentist.

118. Defendants Doctor O.J. exercised deliberate indifference to Plaintiff's health by "Failing to investigate enough to make an informed judgment" when he failed to provide adequate medical care and refused to prescribe medication for the Plaintiff's medical condition when he could've sent him to a specialist, to further his own investigation.

119. Defendants Dr. O.J.'s {NP}, and or Defendants employed at the S.C.C. during the pendency of this cause, "failed to investigate enough to make an informed judgment" or informed decisions about Plaintiff's medical care, mental health care and dental care.

120. Defendants C.A.O. Dee Dee Brookhart and Warden Jeremiah Brown also exercised deliberate indifference to Plaintiff's health and medical needs when they "failed to investigate enough to make an informed judgment" when they refuse to send the Plaintiff to a specialist AFTER SEEING THE VISIBLE SIGNS OF HIS CONDITION and having the power to "further investigate but didn't.

121. As a result of the beforementioned deliberate indifference to Plaintiff's condition,

22

Plaintiff suffered further pain and mental anguish.

122. As a direct and proximate result of this intentional conduct, Plaintiff suffered damages to be proven at trial.

## COUNT FOUR: DELAYED TREATMENT

123. Paragraphs 1 through 122 of this Complaint are realleged in this paragraph 123 of Count Four as if restated fully herein.

124. Defendant Dent. C. Okezie exercised deliberate indifference to Plaintiff's health by failing to provide adequate dental care to him following several dental visits. Defendant Dent. C. Okezie intentionally did not administer, did not remove or send Plaintiff to an outside dentist; treat him for the malformation his teeth and mandible had taken nor did he send Plaintiff to see a specialist. Instead, he mocked Plaintiff in front of other medical personnel.

125. As a result of Dentist C. Okezie's deliberate indifference to Plaintiff's condition, Plaintiff suffered further pain and mental anguish. He continued to suffer from the deterioration of his teeth due to the lack of treatment.

126. As a direct proximate result of this intentional conduct, Plaintiff was unable to engage in normal activities. In addition, the "Delayed Treatment" caused serious damages in which he has yet to receive serious dental treatment.

127. Defendants Doctor O.J., Dr. O.J.'s [N.P], Mrs. Hiety, [Med-Tech/N.P.] Mrs. Myshone, exercised delib- erate indifference to plaintiff's health and serious dental needs by failing to provide emergency medical care to him following their own diagnosis that "substantial harm" existed and was occurring.

128. The Defendants in this count [IV] did not give serious attention to the amount of pain Plaintiff puts up with. The "Delay in Treatment" for the last three [3] years and counting has resulted in loss of weight, malnutrition, and, substantial harm, in addition, bad health and teeth loss.

129. The Defendant's in this count [IV], possessing actual knowledge of Plaintiff's condition [under the law or obligation] owed Plaintiff a duty of care. Their decision to "delay treatment" was absurd, ridi- culous and unreasonable. Defendants in this count [IV] actually knew of the possible risk of Plaintiff losing some or all of his teeth and their derelict of duty, did not minimize that risk but [the] delay added to it.

130. Defendants C.A.O. Mrs. Miles and Warden Mrs. Daniels at the Sheridan C.C. and Defendants C.A.O. Dee Dee Brookhart and Acting Warden Jeremiah Brown at the Lawrence C.C., exercised deliberate indifference to Plaintiff's health and serious den- tal needs when they failed to exercise the degree of care, in this situation by someone of the highest authority as a professional, did not send Plaintiff to an outside dentist.

24.

131. As a direct proximate result of this intent-
ional conduct, the Plaintiff suffered irre-
parable injuries and has to have surgery to
remove decade teeth and some mandible re-
moval.

132. As a direct proximate result of this int-
entional indifference to Plaintiff's constit-
utional rights, he suffered substantional
damages to be proven at trial.

COUNT FIVE: INTERFERING WITH ACCESS TO TREATMENT

133. PARAGRAPHS 1 through 132 of this complaint are
realleged in this paragraph 133 of Count Five
as if restated fully herein.

134. Defendants Dent. C.Okezie, Doctor O.J., Dr.O.J.'s
[N.P], Mrs. Hiety and Mrs. Myshone, exercised de-
liberate indifference to Plaintiff's health and
serious medical needs by interfering with his
ability to obtain medical treatment.

135. Defendants Dent. C. Okezie, Doctor O.J., Dr.O.J.'s
[N.P], Mrs.Hiety and Mrs. Myshone intentionally
denied Plaintiff access to a medical special-
ist who was qualified to address [conflated
guess work] and personel opinions about his
health and or dental problems.

136. Defendants C.A.O. Miles and Warden Daniels
at the S.C.C. along with C.A.O. Brookhart, War-
den Brown and Medical Adm. Cunningham
at the C.C.C. exercised deliberate indiffere-
nce by failing to send Plaintiff to a medi-
cal specialist following reports and recom-

25.

-mendations to send him to the "ORAL FACIAL SURGERY INSTITUTION."

137. The Defendants mentioned in this Count(5) refused to carry out or just simply ignored medical orders.

138 As a direct proximate result of this intenti--onal conduct, specifically, not providing med--ical care that an outside dentist and/or outside hospital said that Plaintiff needed surgery, he suffered further pain and mental aguish.

## COUNT SIX: MAKING MEDICAL DECISIONS BASED ON NON-MEDICAL FACTORS

139. Paragraphs 1 through 138 of this Complaint are realleged in this paragraph. 139 of Count six as if restated fully herein.

140. Defendants at both Sheridan Correctional Center and Lawrence Correctional Center exercised conscious avoidance to Plaintiff's health by failing to provide adequate medical and dental care to him citing prison budget--ary restrictions.

141. Defendants at both S.C.C. and L.C.C., "Made Medical Decisions Based on Non-Medical facto--rs" which made Plaintiff's "unecessary suffering inevitable." Defendants in this Count (VI) were deliberately indifferent to Plaintiff's medical needs because of the problems with insurance and the "lack of adequate organization and control in their administrative health

26.

services."

142. As a result this intentional conduct, Plaint-iff suffered damages to be proven at trial.

## COUNT SEVEN: MEDICAL JUDGMENT SO BAD IT'S NOT MEDICALLY ACCEPTABLE

143. Paragraph 1 through 142 of this complaint are realleged in this paragraph 143 of count Seven as if restated fully herein.

144. Defendant Dent. C.Okezie, Doctor O.J., Dr.O.J.'s [N.P.], N.P. Mrs. Hiety and Mrs. Myshone of the S.C.C. exercised deliberate indifference to Plaint-iff serious dental needs when they made "Medical" Judgments that was so bad that it wasn't Medically Acceptable.

145. Defendant Dent. C.Okezie, Doctor O.J. Dr.O.J.'s [N.P.], N.P. Mrs. Hiety and Mrs. Myshone made medi-cal decisions [see, Stmt. Fct.] that were so bad that trained health professional would ever make the same decision.

146. Defendants mentioned in this Count (VII) exer-cised deliberate indifference to Plaintiff's dent-al needs/medical needs, when their professional treatment was so erroneous, that such a depart-ure from accepted professional judgment, pra-ctice, or standards, demonstrated that their decisions were unacceptable.

147. Defendant(s) Med. Administrator Mrs. Cunningham at the Lawrence Corr. Cent. exercised delibe-rate indifference to Plaintiff's health and serious dental needs when her decision not

27.

allocate the money to pay for the Plaintiff's surgery after dentist than arranged for an outside dental surgeon to perform the strenious task, constituted bad judgment.

148 Defendant Med. Administrator Mrs. Cunningham did not allow for any alternatives or other choices to be made applicable to accomplish the medical goal. Her judgment was so bad involving the Plaintiff's dental care caused further damages because it delays treatment; this bad decision created a conscious avoidance or blatant disregard to the excessive risk to Plaintiff's health.

149 As a result of this intentional indifference to Plaintiff's dental needs, he suffered damages to be proven at trial.

COUNT EIGHT: 28 U.S.C. §1367 [INADEQUATE MEDICAL CARE]

150. Paragraphs 1 through 149 of this complaint are realleged in this paragraph 150 of Count Eight as if restated fully herein.

151 This claim is for negligence of the State committed by its employees for failing to provide adequate medical and dental care in a timely manner from September {2022} and up to July of 2023 {ongoing} as to cause serious injuries to the claimant.

152 It was the duty of the defendant State of Illinois at the Sharidon and Lawrence Corre-

28.

-ectional centers to provide adequate med-
-ical and dental care to the Plaintiff.

153. On and prior to September 2022, leading up
until August of 2023 the Defendants {Dentist
C. Okezie, Doctor O.J., Dr O.J.'s {N.P}, Mrs. Hiety, Mrs.
Myshone, {M.H.P} Mrs. Mines, Mrs. Taylor Oak's {M.H.P},
disregarded their duty by failing to give
dental care/medical care "without undue
delay", "when they knew", that delays in diagn-
-osis's and treatment were the proximate and
or aggravating cause to Plaintiff malformat-
-ion of teeth and it's deterioration causing
him to lose parts of his mandible.

154. As a result, Claimant/Plaintiff, suffered inju-
-ries that became significantly worse while
waiting on treatment.

155. On the dates described in this state Tort,
Count [VIII] the defendants had actual know-
-ledge and awareness that the damages Plai-
-ntiff suffers from are irreparable because
they were foreseeable.

156. In the months of August {2023} when Plaintiff
arrived at the Lawrence C.C. up until now [20-
-24} June, the Defendant {State of Illinois} dis-
-regarded it's duty to provide adequate den-
-tal care after dentist Tran Dx Plaintiff and
found that he needed surgery from an outside
better equipt dental facility.

157. As a result, the state violated Plaintiff's
constitutional right to be provided adequate
dental and medical care.

29

158. As a result, claimant suffered sever physical and mental anguish.

159. As a result of this intentional indifference to claimant's dental needs, he suffered per-manent damages, including parts of his jaw being removed because of tooth decay and mal-formation of other adjacent tooth.

160. Attached hereto as part of this claim is an x-ray of Claimant's malformed tooth and mun-dible also a photograph of the Claimant's sw-ollen face/jaw upon arrival at Laurence in which the treatment was delayed for 11 months.

## COUNT NINE: RETALIATORY TREATMENT FOR FILING GRIEVANCES

161. Paragraphs 1 through 160 of this complaint are realleged in this paragraph 161 of Count [1X] as if restated fully herein

162. Almost immediately after plaintiff filed grievances against defendant's Dent. C. Okezie, [M.H.P.] Mrs. Taylor Oaks, Mrs. Mines, [N.P.] Mrs. Myshone, Mrs. Hiety, John / Jane Doe lieut., Sgt. and CIO's along with Defendant C.A.O. Mrs. Daneels and Ward-en Miles, John Doe Sgt. repeatedly harassed and caused harm to Plaintiff in retaliation for filing grievances.

163. Defendant John Doe forced Plaintiff to sub-mit to a strip search, even though he had no reason to do so. Defendant John Doe Sgt. came on the gallery and threatened Plaintiff that he

30.

better not tell the Psychiatrist or the Doctor what's been going on back here in segregation or they will put a medical hold on you and keep you here [Sheridan C.C.].

164. Pursuant to Defendant John Doe Sgt.'s order, Plaintiff, out of fear and trepidation, did not inform the Psychiatrist or the Doctor about the supra.

165. Out of retaliation for filing grievances and for having the testicular fortitude or the temerity to challenge the conduct of the Medical staff, Dental staff and all those Defendants in the introductory column at the S.C.C., Plaintiff was told by John Doe Sgt. {Defendant} that he was the type who like to file grievances and that it didn't matter if {Plaintiff} filed a {lawsuit} because {Plain- tiff} wasn't going to be getting any money and that nothing [was] going to be done," you are going on transfer.

166. These acts represent a pattern of events demonstrating intentional retaliation aga- inst Plaintiff by Defendant John Doe Sgt. for filing grievances{ in which he never got back}, causing Plaintiff further mental anguish as a result.

COUNT TEN: IN GENERAL {JOINDER: FED. R. CIV. P. 18}

167. Paragraphs 1 through 166 of this complaint are realleged in this paragraph 167 of Count Ten as if restated fully herein.

31.

168. In general, Defendants in the introductory Column at the Sheridan C.C. showed deliberate indifference to the medical and dental needs of individuals in custody, and particularly neglected those of the Plaintiff's.

169. Medical, Dental and Psychiatric care at the prison was inadequate and unprofessional. Medical records, vital in assessing a patient's potential for future sickness or follow up dental care, were not used to assist diagnosis. Deficiences were the norm along with pain medication that was prescribed was never administered, [stolen], and Plaintiff was told he couldn't have but it was payed for. Where did it go?

170. The action in the supra, in this Count [Ten] procured at the S.C.C. in the Northern District Court's Jurisdiction, where treatment was never administered and delays continued on into the Southern District, where the same inadequate dental treatment occurred until after one year of being in C.C.C. and two years after being at the S.C.C., the Plaintiff received partial dental treatment but the damages cause by delays and no treatment at both facility, created foreseeable irreparable injuries.

## CLAIMS FOR RELIEF

171. The actions of Defendants C. Okezie, Hiety, Myshone, Doc. O.T, Dr. O.T [N.P], Mines, Oaks, Daniels, Miles,

32.

Cunningham, Brookhart, Brown in "Ignoring the Obvious Conditions", failed to prevent the foreseeable problems, as a result of ignoring the obvious, created a serious and a substantial risk to Plaintiff's health, thereby constituting cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution.

172. The actions of the Defendants C. Okezie, Hiety, Myshone, Dr. O.J, Dr. O.J's [N.P], Mines, Oaks, Daniels, Miles, Cunningham, Brookhart and Brown {see: Operative Complaint Statement of Facts}(abvr. O.C. Stmt. Fct.) owed Plaintiff "a duty of care" but they "Breached" that responsibility and did not do for him what a reasonable health professional would have done in a similar circumstance, constituting a "tort" for "Negligence" under Illinois state law.

173. The failure of Defendants Miles, Daniels at the S.C.C. refusing to send Plaintiff to an outside dentist and the failure of Defendants Brookhart and Brown, who have the duty to act, yet, did not, constituted "conscious avoidance and contributed to and proximately caused the above described violation of the Eighth Amendment rights and cruel and unusual punishment.

174. The failure of the Defendants in each Count described under titles {1} Ignoring obvious conditions, {2} Failing to provide treatment for diagnosed conditions, {3} Failing to investigate enough to make an informed judgment,

33.

{4} Delaying treatment, {5} Interfering with access to treatment, {6} Making medical decisions based on non-medical factors; {7} Making medical judgment so bad it falls below professional medical stands, {8} Inadequate medical care, {9} Retaliatory treatment for filing grievances; and count {10} Joinder, are all included as to each individual, connected to each act pursuant the facts asserted violated Plaintiff's Constitutional Rights.

### REQUESTED RELIEF

WHEREFORE, plaintiff requests that the following relief:

A. Issue a declaratory judgment stating that:

　　1. That the failure to treat the plaintiff's diagnosed dental illnesses and conditions [sufficiently serious] by Defendants C.Okezie, Dr.O.J., Dr. O.J.'s [N.P.], Hiety and My-shone, violated the plaintiff's rights under the Eighth Amendment to the United States Constitution and constituted a negligent tort under state law.

　　2. Defendants Daniels, Miles, Brookhart, Brown and Cunningham's failure to take action after months of delayed treatment violated the plaintiff's rights under the Eighth Amendment to the United States Constitution and constituted an

34.

inadequate medical treatment tort
under state law.

3. Defendants John Doe sgt.'s actions
in threatening Plaintiff with violence
and harassment for filing grievances
and if he exposed their mistreatment
to the Mental Health Psychiatrist and
Doctor, of him, he would have a medical
hold, and if that happened, there would
be consequences and repercussions; and
the Defendant John / Jane Doe lieut., Miles
and Daniels actions, in retaliating by
transfering Plaintiff to another facility
without addressing the grievances, viol-
-ated the plaintiff's rights under the Due
Process Clause of the Fourteenth Amendm-
-ent to the United States Constitution
and the Eighth Amendment's prohibition on
Cruel and unusual punishment and con-
-stituted an retaliation and harassme-
-nt tort under state law.

4. Defendants C.Okezie, Hiety, MyShone,
Doctor O.J., Doctor O.J.'s [N.P.], Mines, Oaks,
Miles, Daniels, Brookhart, Brown and
Cunningham, as it relates to Counts
three, four, five, six, seven, eight, nine
and ten failed to investigate enough, in turn,
delayed and interfered with access to tre-
-atment, thus they made medical decisions
that was based on medical judgments that

35.

were so bad that they were unacceptable, and constituted intentional indifference to Plaintiff's medical and dental needs, thereby violating the Eighth Amendment prohibition on Cruel and unusual punishment under the U.S. Const.

5. The actions of Defendants in the beforemention-ed line 4 {par.} having actual and constructive knowledge by visual, reports and being in the positions of authority, refuse to act, consti-tuting a state tort for inadequate medical and dental treat under state law.

B. Issue an injunction ordering defendants, Brookhart, Brown and Cunningham or their agents to:

1. Imediately arrange for the plaintiff's to get the dental and medical care from outside hos-pital and or dental facility, by a qualified dentist.

2. Immediately arrange for the plaintiff to re-lieve the pain medication prescribed by the outside dentist and to have follow-up medi-cal treatment along with an evaluation by qualified dentist with expertise in treatment and restoration of function of plaintiff's jaw.

3. Immediately arrange for, without delay, implant teeth to replace the destroyed teeth due to non-treatment directed by such dentist.

C. Issue an injunction ordering Defendants, Brookhart, Brown and Cunningham or their Agents to:

36.

1. Transfer Plaintiff to a better equipt fac-
-icity or prison in Illinois that provides the
more sophisticated treatment.
2. Provide Plaintiff with the actual pain med-
-cation ordered and a medical record of the
history of medication ordered but not
provide to him by both Sheridan and Law-
-rence Correctional Centers.

D. Award compensatory damages in the following
amounts:

1. $1,000,000,000 {one million dollars} jointly and
severally against all fifteen Defendants in
each count for their deliberate indifference
to Plaintiff's Dental, Medical and Psycholog-
-ical needs also emotional injuries sustain-
-ed as a result.
2. $50,000 {fifty thousand dollars} jointly and
severally against defendants C.Okezie,Dr.
O.J., Dr.O.J.'s {N.P.} Hiety, Hines, Oaks and Mshone
for the physical and emotional injuries res-
-ulting from their failure to provide adeq-
-uate dental and medical care to the
Plaintiff.

E. Award punitive damages in the following
amounts:

1. $50,000 each against defendants C.Okezie,
Myshone, Hiety, Dr. O.J., Dr.O.J.'s {N.P.}, Oaks, Miles,
Daniels, John Doe(s) Lieut., Sgt., C/O;

37.

2. $50,000 each against Defendants Brook-hart, Brown and Cunningham;

F. Grant such other relief as it may appear that he is entitled.

Dated: 6-12-24 .

Respectfully Submitted,

Courtney Wright

Courtney Wright
Registered No. K74776
Lawrence Correctional Center
10930 Lawrence Road
Sumner, Illinois 62466

38.

 

## K74776 - WRIGHT, COURTNEY

| | |
|---|---|
| **Parent Institution:** | LAWRENCE CORRECTIONAL CENTER |
| **Offender Status:** | IN CUSTODY |
| **Location:** | LAWRENCE CORRECTIONAL CENTER |

## PHYSICAL PROFILE

| | |
|---|---|
| **Date of Birth:** | 01/09/1981 |
| **Weight:** | 145 lbs. |
| **Hair:** | Black |
| **Sex:** | Male |
| **Height:** | 5 ft. 07 in |
| **Race:** | Black |
| **Eyes:** | Brown |

## MARKS, SCARS, & TATTOOS

TATTOO, FOREARM, LEFT - shirlene w/bird
TATTOO, NECK - "Shankika", "Teamisha"
TATTOO, BACK - "LIVE NOW DIE LATER"
TATTOO, ARM, LEFT UPPER - "WILD"

## ADMISSION / RELEASE / DISCHARGE INFO

| | |
|---|---|
| **Admission Date:** | 08/22/2006 |
| **Projected Parole Date:** | 12/01/2083 |
| **Last Paroled Date:** | |
| **Projected Discharge Date:** | 12/01/2086 |

## SENTENCING INFORMATION

| MITTIMUS: | 04CR1124301 |
|---|---|
| CLASS: | M |
| COUNT: | 1 |
| OFFENSE: | MURDER/INTENT TO KILL/INJURE |
| CUSTODY DATE: | 03/23/2004 |
| SENTENCE: | 75 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 04CR1123701 |
|---|---|
| CLASS: | 1 |
| COUNT: | 1 |
| OFFENSE: | ATTEMPT ARMED ROBBERY |
| CUSTODY DATE: | 03/23/2004 |
| SENTENCE: | 10 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

Lawrence Correctional Center

Dear Warden,                                    3-01-24
    Dee Dee Brookhart

        I wrote you back in Oct of 2023.
Regarding This cyst in my mouth. It has
gotten worse as of today March 1st, 2024.
The cyst has ate through the enamel of
lower right tooth. All the way down to the
nerve, and wisdom tooth under my gums.
I can't complete my daily essentials as
a human being because of excruciating
pain. Such as brush my teeth proper.
The water sends sharpe pain to my head
while trying to gargoole and spit. I
can't eat solid food. Pain shoot to my head.
I am in Dire need of the surgeries to
Have cyst Removed And Both teeth. Now
it has spread to top right tooth in
Back of my mouth. The medication is
Not working. Can you have the nurse
Practitioner Give me Some boost or some
type of substance with vitamins and minerals?
Thank you! P.S. And stronger meds to
ease some pain?!
                        Sincerely,
                            Courtney Wright #K-74776

Warden J. Brown,                    4-12-24
Jeremiah Brown

My name is Courtney Wright
#K-74776. I'm writing in regards to
the cyst I have in mouth. Lower
right side back of mouth, and
the inadequate medical treatment
at Lawrence C.C.!

I've been on a emergency surgery
list since Oct 19, 2023. For removal
of cyst that has ate through my
enamel Lower Right #31, and #32
wisdom tooth under gums.

The wisdom tooth sits on the Right Lower
Jaw nerve. I'm in excruciating pain
on 3-29-24 I was perscribe some med
from a outside Doctor OFSI. That I
never receive. The Tylenol, and motions
doesn't work.

Can you please help me get something
to take away the pain by N.P. ?!

Rom

T... Center for Ja... and Facial Surgery
2301 Hoffman Drive
Effingham, IL 62401



Scale: 100%

11/27/23 70.0kV 10.9mA 15.2s 144.5mGy×cm²

Wright Courtney  K74776

ID   64916

DOB  1/9/81

Offender Information:

ID#: _____

| Date/Time | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

E pass   I can't find his chart – Eckol

---

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: Courtney Wright     ID #: K-24996   Living Unit: R4-C4-11

Job Assignment: _____     Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services   ☐ OAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office
☑ Health Care Unit   ☐ other (specify): Sick Call

for the purpose of (explain): For the last two days. I've been lightheaded. Shortness of breath, and irregular bowel movement. Stomach pain!

Have you previously discussed this issue with a staff member? ☐ No   ☐ Yes   If yes, name: _____

Courtney Wright                    10-13-23
Individual in Custody's Signature          Date

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*          OCT 13 2023

Remarks by staff (if necessary):
NSC 10/14

PFelkel RN 10/13/23                    _____
Print Staff Name                        Staff Signature          Date

Distribution:     Affected Unit

DOC 0286 (Rev. 3/2022)

---

**Offender Information:**

| Date/Time | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: Courtney Wright ID #: K74776 Living Unit: R4-CU-11

Job Assignment: _____ Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services ☐ OAEVS ☐ Vocational ☐ Business Office ☐ Record Office ☐ Placement Office
☑ Health Care Unit ☐ other (specify): Shoulder Pain !

for the purpose of (explain): My Shoulder is in pain, I can't reach out
to grab nothing with my right shoulder

Have you previously discussed this issue with a staff member? ☐ No ☐ Yes If yes, name: _____

Courtney Wright 10-18-23
Individual in Custody's Signature / Date

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*

Remarks by staff (if necessary): NSC 10/24

PEEBLAW 10/19/23 _____
Print Staff Name / Staff Signature / Date

Distribution: Affected Unit

OCT 19 2023

**State of Illinois** NKDA
**Dept. of Corrections**

# PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient ___Wright, Courtney___ Reg. # _K74776_ Date: _10-19-23_
Problem ___Toothache___

ORDER: (Physican's Signature After Last Order) _____

PNVK 500 4's tabs Tqid until gone
Motrin 400 30 tabs Tq 4-6 ho prn

DEA/Illinois Lic. # _____
☑ May Substitute _____Chigun Dud_____ Physician (Print) _____
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417        Noted by: _____ M.D.
                                            Date: _____

---

**State of Illinois** NKDA
**Dept. of Corrections**

# PRESCRIPTION ORDER
Chart Copy (Not a prescription)

Patient ___Wright, Courtney___ Reg. # _K74776_ Date: _8/23/23_
Problem _____

ORDER: (Physician's Signature After Last Order) _____

Corthsporin Otic 2.3gtts 4x Day X 10days
(L) Ear

DEA/Illinois Lic. # _____
☐ May Substitute _____C Luding FNP_____ Physician (Print) _____
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417        Noted by: _H. Ellison_ M.D.
                                            Date: _8.23.23_

---

**State of Illinois**
**Dept. of Corrections**

# PRESCRIPTION ORDER
Chart Copy (Not a prescription)          R7-AL-14

Patient ___Wright, Courtney___ Reg. # _K74776_ Date: _8-17-23_
Problem ___TMJ pain___

ORDER: (Physician's Signature After Last Order) _____

Motrin 400 30 tabs Tq 4-6 ho prn

DEA/Illinois Lic. # _____
☑ May Substitute _____Chigun Dud_____ Physician (Print) _____
☐ May Not Substitute _____ M.D.

CA 7000
426-1417        Noted by: _____ M.D.
                                            Date: _____

RECEIVED
LAWRENCE CO

Assigned Grievance #/Institution __Lawrence__

NOV 28 2023

Housing Unit __R 4__ __C 4__  Bed # __11__

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: (illegible) | Offender (please print): Courtney Wright | ID #: K 7477_ | Race (optional): |
|---|---|---|---|

| Present Facility: Lawrence Co | Facility where grievance issue occurred: Lawrence Co |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Healthcare / Dentist / Cert. in health
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

| Date of report | Facility where issued |
|---|---|

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 8-13-23 I put in for sick call because my
ears are full, swollen, feel that. The has been a classic
ailment, since I was in shelder complaining. Since
Sept/Oct 2023. If I am pay, my dentist and healthcare
on 8-28-23 I seen Dr. Tran, contact at Lawrence.
He told me I had Trauma to my jaw and Right side
back of mouth. Swollen muscle / jaw, is a problem.

[x] Continued on reverse

**Relief Requested:**

To be compensated for my pain & suffering for
such a year. To be placed on medical security
and transferred to Graterville. So I can attend the
North Park University to attain a Bachelors degree.
That is my justice! Thank you!

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Courtney Wright — Offender's Signature          K-74776 ID#          11-20-23 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: _____  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

Print Counselor's Name          Sign Counselor's Name          Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: 11-28-23

this determined to be of an emergency nature:

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature          Date 11-28-23

Counsel. Because on ____ I seen Dr. C. Greener
(Dentist) at theridan C.C. And she said I
had my teeth. I let her know I don't
grit my teeth. And my Jaw hurts on the
Right side I could talk but my mouth. The same
thing. I expressed to Dr. C. Greener in ???
2043. He then third to take my fillings out my
mouth to replace the old fillings with new fillings.
I refused. Also ● XRAY was taken at all. He
explain to me that it wasn't much he could do
because they didn't have a hygienist of equipment
to do nothing. Fast forward to I visit another dentist on
10-20-23 Dr. Tran (dentist) Did a XRAY on my
mouth lower Right Side. And found a cist had
grew over my face tooth and ste through the
canal all the way down to my nerve. which expired
why it was in so much pain. All those mouth
Dr. Tran pull me in to me out and see a specialist
to perform surgery of have him do it. Because my
wisdom tooth has to come out as well. The wisdom
tooth on both sides never grew in and sets side
ways on the nerve. It has been a whole month.
Since I was suppose to go see a specialist.
I was in pain my teeth crumbling I try
to eat of open my mouth to eat. Sharp pain
stops things my mouth causing hard aches. This
Also explains why my body has been going through
so many changes like ear, stomach, bleeding,
head aches, and blood in my stool.

Bacteria from your mouth can easily be spread to
other areas of your body such as your digestive
tract, and Respiratory tract. An can be introduced
into blood stream and spread throughout the body.

I would like for all medical records for turned over
from doctors and dentist. From Aug 16, 2022 until
Nov 20, 2023. Nurse names and Doctor/dentist.
Med techs. Nurse Practitioners included. All records!
This is clearly a case of atypical treatment, and
deliberate indifferent!

Assistant Warden,                    MAY 12, 2024
MRS. JARRETT


        My NAME is COURTNEY
WRIGHT # K-74776. I spoke with
you ABout the iNAdequate Medical
treatment Here At LawReNce correctional
ccNteR.

It has been 7 moNths Now since
the Dentist Q. Tran locAted A cyst
iN my Mouth. I've been under
excRuciAting pAiN. As you cAN sec
from the X-RAy I sHowed you
oN 5-09-24 duRiNG youR walk
through.

The DoctoR At DFSI RemoveD #32 &
cyst FRom mouth oN 5-10-24! He sAid
TRAN sHould hAve RemoveD #31 wAy
beFoRe the surgeRy. Yet, I'm still iN
pAiN fRom A BiOpcy opeRAtioN. I hAve'Nt
Receive the soft Diet oR pAiN meds
pRescRiBe By outsIde DoctoR FiNlAy!

Uptown Peoples Law Center
4431 N. Sheridan
Chicago, IL 60640

My name is Courtley
Wright #K-74776. I am
currently at Lawrence Correction
center.

I am writing in-regard to your
Law firm Representing me, And
filing a civil Suit Against I.D.O.C
on my behalf.

I have a cyst in my mouth.
that has ate through the enamel
And wisdom tooth on lower right
mouth.

I am in excruciating pain!
everytime i close my mouth
a sharp pain shoot to my head
From the nerve on lower right
Side (back of mouth).

Feb 2024

Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

My name is Courtney Wright #K-74776. I am currently at Lawrence Correctional Center.

I am writing in-regard to your law firm representing me, and filing a civil suit against I.D.O.C on my behalf.

I have a cyst on lower right side of mouth. Everytime i close my mouth a sharp pain shoot to my head.

The cyst has ate through the enamel, and my wisdom tooth that sits sideways on the nerve.

Oct 20, 2023

Jeanette Samuels
Samuels & Associates
53 W. Jackson Blvd., Suite 831
Chicago, IL 60604

My name is Courtney
Wright # K-74776. I am currently
at Lawrence Correctional Center.

I am writing in-regard to your
law firm representing me, and
filing a civil suit against I.D.O.C
on my behalf.

I have a cyst in my mouth
that has been causing me pain
for a little over a year.

On lower right side, back of mouth
a cyst has ate through the enamel,
and wisdom tooth, that sits side-
ways on nerve.

Everytime i close my mouth a
sharp pain shoot to my head.

| Grievance Officer's Report |
|---|

**Date Received:** 02/13/2024     **Date of Review:** 04/05/2024     **Grievance #** K75-0124-158

**Individual in Custody Name:** Wright, Courtney     **ID#:** K74776

**Nature of Grievance:** Medical Treatment - Dental

**Facts Reviewed:** Wright K74776 authored & signed grievance on 01/16/2024, received by the Grievance Office on 01/17/2024. Grievant alleges that on 10/20/2023 the LAW CC Dentist, Dr. Tran, diagnosed the grievant with tooth damage that has been causing the grievant severe discomfort. Grievant requests to have a surgeon outside the facility perform the surgery.

**Relief Requested:** " I want to be awarded monetary damages for pain and suffering. In the amount of $100,000. Also for all my medical needs to be completed by IDOC an or surgeries. To be placed in medium status (security), and transferred to a medium facility in IDOC."

**Counselor's Response:** "Per dental, individual seen 8/17/23, 8/21/23, 10/19/23, 10/31/23, 11/27/23, 1/11/24, 1/17/24. 1/17/24 consulted patient he is due to see oral surgeon but oral surgeon he saw no longer under contract with Wexford. We are working on getting him to another oral surgeon."

**Grievance Officer's Response/Findings:** Per IDOC call pass records, the grievant continues to be scheduled to see a dental professional in order to discuss concerns. Plan of care is ordered by the attending medical/dental professional.

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **moot**, based on the grievant appears to continue to be seen by a medical/dental professional in order to address concerns.

J. Garrett, CCII
Print Grievance Officer's Name     Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer[s] Response | ☐ |
|---|---|

**Date Received:** 4/7/24     ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature     4/7/24 Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature     ID#     Date

RECEIVED
LAWRENCE CC LAWRENCE C.C.
JAN 17 2024
GRIEVANCE OFFICE

Housing Unit R cl

RECEIVED
LAWRENCE C.
2nd Lvl rec FEB 1 3 2024
GRIEVANCE
OFFICE

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody's Grievance

| Individual in Custody (please print): | ID #: | Race (optional): |
|---|---|---|
| Courtney Wright | K-74776 | |

| Present Facility: | Facility where grievance issue occurred: |
|---|---|
| Lawrence | Lawrence |

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☑ Medical Treatment    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

☑ Other (specify): Deliberate, Indifference, 8th, 14th, Amend V10

☐ Disciplinary Report    Inadequate medical treatment

K25-0124-159

        Date of report                 Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor

    **Chief Administrative Officer,** only if EMERGENCY grievance

    **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have a very painful toothache in the lower right part of my mouth. I have had this pain for over a year now, and it has gotten worse everyday. Every time I close my mouth all the way the pain shoots up into my head. I can not chew food without having pain. The medication doesn't work. I have been going through this pain and agony in my mouth since I was at

                                              ☒ Continued on reverse

**Relief Requested:**

I want to be awarded monetary damages for pain and suffering. In the amount of $100,000. Also for all my medical needs to be completed by I.D.O.C and or surgeries. To be placed in medium status (security), and transfered to a medium facility in I.D.O.C.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

| Courtney Wright | K 74776 | 1-16-24 |
|---|---|---|
| Individual in Custody's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 1-17-24    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

" Per Dental, individual seen 8-17-23, 8-21-23, 10-19-23, 10-31-23, 11-27-23, 1-11-24, 1-17-24, 1-17-24 consulted patient he is due to see oral surgeon but oral surgeon he saw no longer under contract with Wexford. We are working on getting him to another oral surgeon. "

| Parrott | carr | 1-24-24 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to Individual in custody:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

_____      _____
Chief Administrative Officer's Signature           Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**                    2nd Lvl rec:

SHERIDAN C.C. Approximately Sept/Oct 2022, come
to find out it's a cest that has ate through the
Enamel, And through my Wisdom tooth that sit
Sideways on the nerve. DR. Q. Tran (dentist) At
Lawrence took a XRAY on Oct 20, 2023, And found
A cest! That Has Erode All the way down to the
nerve.

I just want the officials here at Lawrence to send
me out so a Surgeon can perform the Surgery.
This cest has been poisoning my Body. Which could
cause more injury or death!

I've been complaining to officials at Sheridan C.C.,
And Lawrence of puss coming from Ears, pain, Headaches,
Vision Blurry, Irregular Digestive, can't sleep, And Irregular
Breathing.
To Nurse PRActitioner MR. O.J., N.P. MRS. Mershon K.,
Dentist MR. C. Okezie, Dentist DR. MR. Q Tran, And
C/O A. Hundley #7682, And Countless other officials.

Bacteria From your mouth can easily be spread to
other Areas of your body. Such as your Digestive
tract, And Respiratory tract. An can be introduced
into Blood Stream and spread throughout the Body.

Deliberate Indifference is an intent or "State of mind"
Requirement. It exists when an official knows about
a serious danger to an inmate and yet is indifferent
(unconcerned, uncaring) to that danger.

This is a violation of the U.S. constitution, 8th
Amendment, And 14th Amendment.

Warden MRS. Dee Dee Brookhart Have a Duty to
provide care to me!

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

| Date: 2-28 2024 | Individual in Custody (please print): Courtney WRIGHT | ID #: K-74776 | Race (optional): |

| Present Facility: GRIEVANCE OFFICE C C | Facility where grievance issue occurred: Lawrence C.C |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other (specify)
- [ ] Disciplinary Report

K75-0324-309

_____   _____
Date of report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved)

THE UNDERLYING, COURTNEY WRIGHT, PRISONER/PETITIONER, DEPOSES AND SWEARS UNDER PENALTY OF PERJURY, THAT THE FOLLOWING IS A COMPLETE/PLENARY INSTRUMENT OF TRUTH.
1. THE OCCURRENCE TOOK PLACE IN OCT 20, 2023
2. THE OCCURRENCE TOOK PLACE IN THE DENTIST EXAMINER'S OFFICE AT LAWRENCE CORRECTIONAL CENTER
3. THE INTENTIONAL NEGLECT OF TORTFEASOR, WRIXTold, I.D.O.

[x] Continued on reverse

**Relief Requested:**

TO HAVE SURGERY! Awarded MONETARY DAMAGES FOR PAIN & SUFFERING ($100,000). ALL MEDICAL BILLS COMPLETED BY I.D.O.C. TO BE TRANSFERED TO MEDIUM INSTITUTION. ALSO, NO RETALIATION PLEASE.

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self

[x] Check if this is NOT an emergency grievance

Courtney Wright                    K74776              2-28-24
Individual in Custody's Signature        ID#                  Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received 3-12-24   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield IL 62794-9277

**Response:**
" Per HCU, per review of medical chart, Wright was referred on 10-19-23 for extractions #17, #32 and possibly #31. Individual was seen by Dr. Svensen for consult on 11-27-23 with intended return visit, however Dr. Svensons office notified us that very quickly + be accepting our patients. Wright referred to different oral Surgeon "

Jan Wott                    Jan Wott              5-9-24
Print Counselor's Name        Sign Counselor's Name        Date

Note to Individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received  2-29-24

Is this determined to be of an emergency nature?

- [ ] Yes expedite emergency grievance
- [x] No an emergency is not substantiated   Individual in custody should submit this grievance according to standard grievance procedure

_____   2-29-24
Chief Administrative Officer's Signature   Date

CONSIST OF THOSE ACTS ALLEGED IN PARAGRAPHS [4,5,6,7] OF THIS GRIEVANCE, SPECIFICALLY, THE FAILURE TO PROVIDE ADEQUATE MEDICAL CARE, P/P COURTNEY WRIGHT AFTER ACKNOWLEDGING A CYST THAT HAS ATE THROUGH THE ENAML DOWN TO NERVE, AND TOOTH ERODE!

4. TORTFEASOR, WARDENS AT LAWRENCE C.C. WREXFORD, AN MEDICAL STAFF, EXERCISED DELIBERATE INDIFFERENCE TO PRISONER/PETITIONER, WRIGHT HEALTH, BY FAILING TO PROVIDE AN OUTSIDE SURGEON TO PERFORM SURGERY TO REMOVE CYST, LOWER RIGHT BACK TOOTH, AND WISDOM TOOTH THAT SITS SIDEWAYS ON NERVE. BOTH IS ERODE!

5. AS A RESULT OF TORTFEASOR, WREXFORD MEDICAL CARE DELIBERATE INDIFFERENCE TO PRISONER/PETITIONER'S CONDITION, HE CONTINUES TO SUFFER AND EXPERIENCE UNBEARABLE PAIN, AND ACHING SENSATIONS RADIATING THROUGH HIS LOWER RIGHT TOOTH, JAW, EAR, AND HEAD!

6. DR. Q. TRAN OF DENTIST ORDER EMERGENCY SURGERY ON OCT 20, 2023. IT'S NOW FEB 28, 2024, AND WREXFORD AN WARDENS AT LAWRENCE C.C. INTENTIONALLY DID NOT FOLLOW UP WITH THE EMERGENCY ORDER.

7. ON AND PRIOR TO FEBRUARY 28, 2024, DATING BACK TO OCT 20, 2023, APPROXIMATELY 4 MONTHS AND 8 DAYS. COURTNEY WREGHT (HERE IN AFTOR "GRIEVANT") PURSUANT TO THE INDIVIDUAL IN CUSTODY RECEIVE ADEQUATE MEDICAL CARE! I CAN NOT EAT DO TO THE PAIN. THE MEDICATION IS NOT WORKING! I NEED THIS CYST OUT OF MY MOUTH NOW ALONG WITH THE ERODE TEETH!

How is this not an emergency?! WHEN the BACTERIA from your mouth can easily Re Spread to other AREAS of your Body! An Can Be introduced into Blood stream!

I have Alerted the Chief official HERE At LAWRENCE (warden) of A serious danger to Me (courtney wright) yet SHE is still unconcerned and uncaring to the danger of this cyst in my mouth (Lower Right)!

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody Request**

Individual in Custody Name: Courtney Wright          ID #: K-74776 Living Unit: R4-Cu-11

Job Assignment: _____          Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services   ☐ OAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office
☑ Health Care Unit   ☑ other (specify): Dentist

for the purpose of (explain): I finished the Antibiotics yesterday. I woke up
lightheaded with chest pains, And shortness of breath.

Have you previously discussed this issue with a staff member? ☐ No  ☑ Yes  If yes, name: N. TRAN

Courtney Wright
_____
Individual in Custody's Signature                    10-30-23
                                                        Date

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*

Remarks by staff (if necessary):
_____
_____

_____          _____          _____
Print Staff Name              Staff Signature                 Date

Distribution:  Affected Unit              *Printed on Recycled Paper*          DOC 0286 (Rev. 3/2022)

Individual in Custody Name: COURTNEY WRIGHT   ID #: K-74776  Living Unit: R4 cell 11

Job Assignment: _____   Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services  ☐ OAEVS  ☐ Vocational  ☐ Business Office  ☐ Record Office  ☐ Placement Office

☐ Health Care Unit  ☑ Other (specify): Mental HeALTH!

for the purpose of (explain):
PAin shoots to my Head everytime i close my mouth! cest Ehide tooth! Depressed, can't sleep! Grieveing Grandma Also!

Have you previously discussed this issue with a staff member? ☐ No ☐ Yes  **If yes, name:** _____

Courtney wright                           2-11-24
Individual in Custody's Signature                    Date

*INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE*

Remarks by staff (if necessary): _____
_____
_____
_____

_____    _____    _____
Print Staff Name                 Staff Signature                Date

Distribution.  Affected Unit          *Printed on Recycled Paper*          DOC 0286 (Rev. 3/2022)

Individual in Custody Name: Courtney Wright   ID #: K 7497b   Living Unit: R4 cit 11

Job Assignment: _____   Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services   ☐ OAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office
☐ Health Care Unit   ☑ other (specify): Dentist

For the purpose of (explain):

Everytime i close my mouth i shakpi
pain shoot to my head, icould Niail cccl, efodccl -loall.

Have you previously discussed this issue with a staff member?   ☐ No   ☐ Yes   If yes, name: _____

Courtney Wright
_____
Individual in Custody's Signature

2 13 24
_____
Date

**INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary):

_____

_____

_____

_____

_____          _____          _____
Print Staff Name                              Staff Signature                              Date

Printed on Recycled Paper

DOC 0286 (Rev. 3/2022)

EMERGENCY

Individual in Custody Name: Courtaley Wright ___ ID #: K-74776 Living Unit: R2 - BL- 04

Job Assignment: _____ Shift: _____

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services   ☐ OAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office

☑ Health Care Unit   ☑ other (specify): Dentist _____

for the purpose of (explain):

The Dentist Flony OF S institute plescribed me
Some Stronger meds on 3-29-24! Can you Fill my Prescription,
Please? It was 2 Prescriptions! For cyst, and eCode tooth! Steriod, and Pain!
Have you previously discussed this issue with a staff member? ☐ No ☑ Yes If yes, name: Dentist MR. TRAN

Courtney Wright
_____          3-31-24
Individual in Custody's Signature                    Date

_____ *INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE* _____

Remarks by staff (if necessary):

_____

_____

_____

Print Staff Name                    Staff Signature                    Date

Distribution:   Affected Unit              *Printed on Recycled Paper*              DOC 0286 (Rev. 3/2022)

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K74776 | **Counseling Date** | 11/28/23 12:06:12:760 |
| **Offender Name** | WRIGHT, COURTNEY | **Type** | Collateral |
| **Current Admit Date** | 08/22/2006 | **Method** | Grievance |
| **MSR Date** | 12/01/2083 | **Location** | LAW COUNSELORS OFFICE HOUSING UN |
| **HSE/GAL/CELL** | R4-CU-11 | **Staff** KNOWLTON, GRACE D., Office Coordinator | |

GRV #11-23-369 marked emergency by individual in custody, forwarded to CAO for review concerning medical treatment.

# State of Illinois - Department of Corrections
## Counseling Summary

|  |  |  |  |
|---|---|---|---|
| **IDOC #** | K74776 | **Counseling Date** | 11/28/23 12:06:12:760 |
| **Offender Name** | WRIGHT, COURTNEY | **Type** | Collateral |
| **Current Admit Date** | 08/22/2006 | **Method** | Grievance |
| **MSR Date** | 12/01/2083 | **Location** | LAW COUNSELORS OFFICE HOUSING UN |
| **HSE/GAL/CELL** | R4-CU-11 | **Staff** KNOWLTON, GRACE D., Office Coordinator | |

GRV #11-23-369 marked emergency by individual in custody, forwarded to CAO for review concerning medical treatment.




ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

　　IDOC: K74776 WRIGHT,COURTNEY　　　　Maximum　　　　B　　　None　　　　LAW:LAW:R4:CU:11:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　L1

　PRIMARY: UNASSIGNED , PARTICIPANT-LAW710010009


DESTINATION: Dental/Tran　　　　　　　DAY: 11/8/2023　　AT: 1:00:00 PM
　PASS TYPE: HEALTH CARE UNIT
　COMMENTS:
AUTHORIZED: Cassi Rowehunt


　　CELL HOUSE SIGNATURE: _____　　　　　　　　TIME: ____:____
　　DESTINATION SIGNATURE: _____　　　　　　　TIME: ____:____
　　　　EXIT SIGNATURE: _____　　　　　　　　　TIME: ____:____
　　　　RETURN SIGNATURE: _____　　　　　　　　TIME: ____:____

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K74776 | **Counseling Date** | 02/13/24 14:49:51:033 |
| **Offender Name** | WRIGHT, COURTNEY | **Type** | Collateral |
| **Current Admit Date** | 08/22/2006 | **Method** | Grievance |
| **MSR Date** | 12/01/2083 | **Location** | LAW COUNSELORS OFFICE HOUSING UN |
| **HSE/GAL/CELL** | R4-CU-11 | **Staff** KNOWLTON, GRACE D., Office Coordinator | |

GRV #K75-0124-158 received for review at 2nd level.

# State of Illinois - Department of Corrections
## Counseling Summary

|  |  |  |  |
|---|---|---|---|
| **IDOC #** | K74776 | **Counseling Date** | 01/17/24 12:15:07:317 |
| **Offender Name** | **WRIGHT, COURTNEY** | **Type** | Collateral |
| **Current Admit Date** | 08/22/2006 | **Method** | Grievance |
| **MSR Date** | 12/01/2083 | **Location** | LAW COUNSELORS OFFICE HOUSING UN |
| **HSE/GAL/CELL** | R4-CU-11 | **Staff** | KNOWLTON, GRACE D., Office Coordinator |

GRV #K75-0124-158 received for review at 1st level concerning treatment for toothache.,

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# MEMORANDUM

DATE:     March 15, 2024

TO:        Wright K74776

FROM:    Medical Records

SUBJECT: New Patient Paperwork

ORAL FACIAL
SURGERY Institute
WWW.OFSINstitute.COM

Please complete the enclosed new patient paperwork for an upcoming appointment and return to Medical Records upon completion. Thank you.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Lawrence Correctional Center
10940 Lawrence Rd. • Sumner, IL 62466 • (618) 936-2064 TDD: (800) 526-0844

# **M E M O R A N D U M**

DATE:     October 27, 2023

TO:         Wright-K74776

FROM:    Medical Records

SUBJECT: Authorization/Payment Voucher

Please sign the enclosed authorization and/or payment voucher. Please return to Medical Records once complete. Once the forms are received in Medical Records, your requested records will be sent to you.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K74776 | **Counseling Date** | 02/29/24 10:57:14:813 |
| **Offender Name** | WRIGHT, COURTNEY | **Type** | Collateral |
| **Current Admit Date** | 08/22/2006 | **Method** | Grievance |
| **MSR Date** | 12/01/2083 | **Location** | LAW COUNSELORS OFFICE HOUSING UN |
| **HSE/GAL/CELL** | R2-BL-04 | **Staff** | DASCH, JOSLYN M., Office Associate |

GRV #K75-0224-399 marked emergency by individual in custody, forwarded to CAO for review concerning dental.

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | K74776 | **Counseling Date** | 03/08/24 12:06:04:023 |
| **Offender Name** | WRIGHT, COURTNEY | **Type** | Collateral |
| **Current Admit Date** | 08/22/2006 | **Method** | Grievance |
| **MSR Date** | 12/01/2083 | **Location** | LAW COUNSELORS OFFICE HOUSING UN |
| **HSE/GAL/CELL** | R2-BL-04 | **Staff** DASCH, JOSLYN M., Office Associate | |

GRV #K75-0224-399 received for review at 1st level concerning dental.

# Examination and Treatment Record

Date: 3/29/24

Name: Courtney Wright      Age/ Sex: 43 y/o male

Chief Complaint: right jaw pain

HPI: Patient referred for exo #32 + cyst excision.

---

☑ Medical & Surgical history reviewed
   Pertinent ∅ PMHx

☐ Anti-resorptive _____
☐ Blood Thinner _____
☐ Radiation to H&N _____

☑ Medications Reviewed (See List)
   Pertinent _____

SH   ☐ Tobacco _____   ☐ Recreational drug use: _____

Allergies: _____

Exam: #32 area with erythema and TTP

☐ Impaction: 1  16  17  32_____    ☐ Non-restorable/ caries: _____
☐ Periodontal Disease: _____
Radiograph: #32 with an associated cystic lesion. #31 ē root break down

Malampatti Class: I ⟨II⟩ III  IV

Exam H/N: ∅

Assessment/Plan:
impacted #32 ē an associated cystic lesion - exo #32 with cyst excision
and possible exo #31 ē IVS

☐ Surgery/Anesthesia Complications discussed

☑ Sensory Nerve V3     ☐ Sinus complications

Doctor's Signature _____

Courtney Wright          **TREATMENT AND PROGRESS**

| Date | |
|---|---|
| 3/29/04 | Consult |
| | NV- exo#32 c̄ cyst excision |
| | DW |

EXHIBIT

Lawrence Correctional Center
(Facility)

Offender's Name: _Wright, Courtney_      ID# _K 74776_

Reason for Referral:   ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation   ☐ Management
☑ Procedure/service (specify) _Surgical ext #32 w/ Dentigerous cyst removal +_
_possibly ext #31 also_
☐ Other (specify) _____

Urgent: ☐ Yes   ☑ No

Referred to: _Oral Surgeon_

Rationale for Referral: _Pt seen OS on 3-29-24 for consult of ext #32 +_
_dentigerous cyst removal w/ possibility for ext #31 as well. OS_
_recommends tx under IV sedation._

Quang Tran, DMD                    _[signature]_                    _4-4-24_
**Print Referring Practitioner's Name**    Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings: _Impacted #32_

Assessment: _Impacted #32 associated with a cystic lesion requiring_
_removal under IV sedation_

Recommendations/Plans: _Pt. is now s/p extraction #32 & cyst removal._
_① NOW, motrin, amoxicillin, medial pack ② Soft diet._

Damian Findlay                    _[signature]_                    _5/10/24_
**Print Practitioner's Name**    Practitioner's Signature    Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

_[signature]_                    _[signature]_                    _5-10-24_
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

EXHIBIT

## Post-operative instructions for a Biopsy

- **GAUZE**: Take them out when you get home and check them - if they are soaked in blood replace them over the surgical site and hold with **FIRM PRESSURE** for 45 minutes. Oozing is normal over the next few days and does not require gauze, the bleeding should eventually stop.

- **DIET**: It is important to eat something cool & soft (ice cream, Jell-O, pudding, yogurt, etc.) to coat your stomach before taking any medications. The following day, a warm soft diet is recommended (mashed potatoes, soup, eggs, pancakes, fish, pasta, etc.). If you feel comfortable to advance your diet you may as long as you are staying away from the surgical site.

- **MEDICATIONS:** It is important to take something for pain **BEFORE** the numbing medication wears off. **DO NOT** wait for it to hurt! If you receive prescriptions, follow the instructions on the bottles. Often times we want you to rotate medications: Take the narcotic pain medication first (Hydrocodone/Norco/Oxycodone), wait 3 hours and then take the ibuprofen. You should do this into the night and sometimes the following day you may wean off the stronger medications and just use Tylenol/Ibuprofen as needed. Most biopsies do not require medications. If you did not receive prescriptions do not be alarmed.

- **ICE/WARM COMPRESS:** Once you are home and settled, start to apply ice to the outside of the cheeks near the affected area. Rotate 20 minutes on, 20 minutes off with an ice pack for the first 48 hours. On the third day if you are having swelling, you will want to switch to a warm compress on the outside for your cheeks (warm washcloth). Continue this until the swelling resolves.

- **SWELLING:** Swelling is common and usually peaks about the $3^{rd} - 5^{th}$ day after surgery. After about the 3rd-5th day, the swelling should subside and it should start feeling better. However, it is normal to have manageable discomfort for up to a week.

- **HYGEINE:** It is important to keep the surgical area clean. The first day leave it alone. The following day you may brush and floss like normal, staying away from the surgical site. Salt water rinses are a great way to keep the mouth free of bacteria. Rinse your mouth with salt water at least twice per day to keep the area clean.

- **STITCHES:** Most stitches are self-dissolving and will fall out by themselves. Do not pull on the stitches. If you do not have stitches, that's okay! Not all biopsies need stitches to heal.

### IF YOU HAVE ANY OTHER QUESTIONS PLEASE CALL OUR OFFICE AT
### 314-251-6725 Opt. #5

EXHIBIT



53 West Jackson Blvd, Suite 831
Chicago, Illinois 60604

(872) 588 - 8726
www.ChiCivilRights.com

28 May 2024

**BY U.S. MAIL TO:**
Mr. Courtney Wright, #K74776
10930 Lawrence Road
Sumner, Illinois 62466

Re:     Consultation Regarding Legal Options

Dear Mr. Wright:

Thank you for sending me information regarding your claims. I do appreciate the opportunity to evaluate them. However, we will not be undertaking any litigation on your behalf. The disputes you described do not seem to me to be a good fit for our firm at this time.

That said, I do encourage you to seek other legal opinions from other lawyers who may have different views or see some other options that I do not. **Perhaps try Mr. Kenneth Flaxman, I understand his firm has handled a number of dental-related suits for persons in custody.**

Also, please note that there is a statute of limitations for your claims. Therefore, should you seek other options, you should do so expeditiously to permit other attorneys adequate time to take action should they see fit.

It was my pleasure to correspond with you. Please accept my best wishes for the future.

Very truly yours,

Jeanette Samuels

# ⌂ LOEVY + LOEVY

June 6, 2024

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

## CONFIDENTIAL LEGAL CORRESPONDENCE

*Via USPS Mail*
Courtney Wright K74776
Lawrence Correctional Center
10930 Lawrence Road
Sumner, IL 62466

Re: *Your request for legal representation*

Courtney Wright:

    This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

Loevy & Loevy